**Abatement Order filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00489-CV

_____

**MICHAEL VAN DEELEN, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND SPRING ISD, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-14697**

---

## ABATEMENT ORDER

This appeal was abated on August 14, 2018, because the court reporter responsible for the record in this case was recovering from major surgery. On January 23, 2020, we ordered the court reporter, Michelle Tucker, to file the record of the hearing held December 8, 2017, within fifteen days. The record was not filed. The court has received no request for extension of time to file the record.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed as ordered, we issue the following order:

We direct the judge of the **80th District Court** to conduct a hearing at which the court reporter, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; and (b) to establish a date certain when the reporter's record will be filed. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court **within 30 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. If the court reporter files the record before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.